(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dykes, George** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**3660** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**808 Suburbian Road<br>Reisterstown, MD 21136** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Baltimore County** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☒ Individual(s)           ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☐ Chapter 7          ☐ Chapter 11          ☒ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>    Must attach signed application for the court's consideration certifying<br>    that the debtor is unable to pay fee except in installments.<br>    Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                   **FORM B1, Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s) **George Dykes** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** ||||

| Location <br> Where Filed:  **District of Maryland** | Case Number: <br> **99-31160** | Date Filed: |
|---|---|---|

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** ||||

| Name of Debtor: <br>    **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Dykes**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**9/1/2004**
Date

### Signature of Attorney

X **/s/ Frederick L. Bierer**
Signature of Attorney for Debtor(s

**Frederick L. Bierer,  26033**
Printed Name of Attorney for Debtor(s) / Bar No.

**Bierer & Margolis, PA**
Firm Name

**926 St. Paul Street  Baltimore, MD  21202**
Address

_____

**410 539.5855**                 **410 783-7876**
Telephone Number

**9/1/2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Frederick L. Bierer**          **9/1/2004**
Signature of Attorney for Debtor(s)           Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

_____

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT

### District of Maryland

In re:  **George Dykes**
**3660**

Case No. _____

Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **20,123.98** | **wages; Franklintown Metals & Cores, Inc.** | **4/1/04-6/30/2004** |

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

None
☑

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Option One**<br>**c/o Bierman, Geesing & Ward, LLC**<br>**Air Rights Center**<br>**Suite 315, East Tower**<br>**Bethesda, MD  20814** | | **135,000.00 808 Suburbian Road**<br><br>**FMV           135,000.00**<br>**1st mortgage  89,647.60**<br>**2nd mortgage**<br>**arrears       37,877.64**<br>**cost of sale  10,000.00**<br>**equity              0.00** |

## 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bierer & Margolis, PA**<br>**926 St. Paul Street**<br>**Baltimore, MD  21202** | | **$1,500 attorney fee**<br>**194 filing fee** |

## 10.  Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                          DATES OF OCCUPANCY

**16.  Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

SITE NAME AND                    NAME  AND ADDRESS                DATE OF                    ENVIRONMENTAL
ADDRESS                              OF GOVERNMENTAL UNIT          NOTICE                     LAW

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

SITE NAME AND                    NAME  AND ADDRESS                DATE OF                    ENVIRONMENTAL
ADDRESS                              OF GOVERNMENTAL UNIT          NOTICE                     LAW

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18.  Nature, location and name of business

None
☐

a.       If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER<br>I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|
| **Franklintown Metals &<br>Cores, Inc.** | **52-1764699** | **808 Suburbian Way<br>Reisterstown, MD  21136** | **scrap metal** | **12/15/1990** |

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual  and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **9/1/2004**

Signature
of Debtor

**/s/ George Dykes**
**George Dykes**

**Form B6**
**(6/90)**

# United States Bankruptcy Court
# District of Maryland

In re    **George Dykes**

Case No.

Chapter    **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 135.000.00 | | |
| B - Personal Property | YES | 3 | $ 18,455.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 212.694.75 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 22,247.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 101.310.45 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,550.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,650.73 |
| Total Number of sheets in ALL Schedules ➤ | | 14 | | | |
| Total Assets ➤ | | | $ 153,455.00 | | |
| Total Liabilities ➤ | | | | $ 336,253.18 | |

FORM B6A
(6/90)

In re:   **George Dykes**                                          ,   Case No.   _____

             **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **808 Suburban Road**<br><br>**FMV        135,000.00**<br>**1st mortgage 89,647.60**<br>**2nd mortgage**<br>**arrears     37,877.64**<br>**cost of sale  10,000.00**<br>**equity          0.00** | **Tenants by the Entireties** | **J** | **$ 135,000.00** | **$ 124,025.24** |
| | **Total** ➤ | | **$ 135,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **George Dykes**                                                                      ·        Case No. _____

          Debtor                                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **appliances** | J | **500.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | **300.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **clothing** | | **100.00** |
| 7. Furs and jewelry. | | **watch; 5 years old** | | **5.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Franklintown Metals & Cores, Inc.** | | **500.00** |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |

FORM B6B
(10/89)

In re   **George Dykes**                                                                                              '        Case No. _____
                    Debtor                                                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Buick LaSabre; 60,000 miles; fair condition** | | **11,000.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford Tarus; 52,000; good conditon** | | **6,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | | |

FORM B6B
(10/89)

In re  **George Dykes** ⸴                                    Case No. _____
　　　　　　　Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

　　　　　　　　　　　  __2__  continuation sheets attached                Total  ⟩          **$ 18,455.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **George Dykes** _____ , **Case No.** _____
                          Debtor.                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).     **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                          been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                          than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                          exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **2000 Buick LaSabre; 60,000 miles; fair condition** | **ACM, C & JP § 11-504(b)(5)** | **0.00** | **11,000.00** |
| **2001 Ford Tarus; 52,000; good conditon** | **ACM, C & JP § 11-504(b)(5)** | **1.00** | **6,000.00** |
| **808 Suburbian Road**<br><br>**FMV          135,000.00**<br>**1st mortgage  89,647.60**<br>**2nd mortgage**<br>**arrears      37,877.64**<br>**cost of sale   10,000.00**<br>**equity              0.00** | **ACM, C & JP § 11-504(f)** | **1.00** | **135,000.00** |
| **appliances** | **ACM, C & JP § 11-504(b)(4)** | **500.00** | **500.00** |
| **cash** | **ACM, C & JP § 11-504(b)(5)** | **50.00** | **50.00** |
| **clothing** | **ACM, C & JP § 11-504(b)(5)** | **100.00** | **100.00** |
| **Franklintown Metals & Cores, Inc.** | **ACM, C & JP § 11-504(b)(5)** | **500.00** | **500.00** |
| **Furniture** | **ACM, C & JP § 11-504(b)(5)** | **300.00** | **300.00** |
| **watch; 5 years old** | **ACM, C & JP § 11-504(b)(5)** | **5.00** | **5.00** |

FORM B6D
(12/03)

In re: **George Dykes** _____ , Case No. _____

Debtor                                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Capital One**<br>**PO Box 26030**<br>**Richmond VA  23260-6030** | | | **Security Agreement**<br>**2000 Buick LaSabre; 60,000 miles; fair condition**<br><br>**VALUE $11,000.00** | | | | **17,500.00** | **6,500.00** |
| ACCOUNT NO.    **160** <br><br>**Easy Financing Corporation**<br>**PO Box 793**<br>**Owings Mills, MD  21117** | | | **Security Agreement**<br>**2001 Ford Tarus; 52,000; good conditon**<br><br>**VALUE $6,000.00** | | | | **9,194.75** | **3,194.75** |
| ACCOUNT NO.                **X   J** <br><br>**Harbor Bank**<br>**25 W. Fayette Street**<br>**Baltimore, MD  21201** | | | **Second Mortgage**<br>**808 Suburban Road**<br><br>**FMV           135,000.00**<br>**1st mortgage 89,647.60**<br>**2nd mortgage**<br>**arrears        37,877.64**<br>**cost of sale    10,000.00**<br>**equity              0.00**<br><br>**VALUE $135,000.00** | | | | **93,000.00** | **0.00** |
| ACCOUNT NO.                **X   J** <br><br>**Option One**<br>**c/o Bierman, Geesing & Ward, LLC**<br>**Air Rights Center**<br>**Suite 315, East Tower**<br>**Bethesda, MD  20814** | | | **Mortgage**<br>**808 Suburban Road**<br><br>**FMV           135,000.00**<br>**1st mortgage 89,647.60**<br>**2nd mortgage**<br>**arrears        37,877.64**<br>**cost of sale    10,000.00**<br>**equity              0.00**<br><br>**VALUE $135,000.00** | | | | **93,000.00** | **0.00** |

<u>0</u> Continuation sheets attached

|  |  |
|---|---|
| **Subtotal** ➤ <br> (Total of this page) | **$212,694.75** |
| **Total** ➤ <br> (Use only on last page) | **$212,694.75** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re **George Dykes**                                                    Case No.
_____                         _____
                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
   before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
   owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding
   the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
   11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
   petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11
   U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

   Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal,
   family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
   11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
   U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
   or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
   an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

   * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or
   after the date of adjustment.

                              1   Continuation sheets attached

Form B6E - Cont.
(12/03)

In re   **George Dykes**                                                    ,   Case No. _____
                    Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IRS**<br>**Special Procedures Branch**<br>**31 Hopkins Plaza**<br>**Baltimore, MD  21201** | X | J | **1040 income tax; 2001** | | | | **4,000.00** | **4,000.00** |
| ACCOUNT NO.<br>**IRS**<br>**Special Procedures Branch**<br>**31 Hopkins Plaza**<br>**Baltimore, MD  21201** | | | **12/30/2000**<br>**1040 income tax; 2000** | | | | **4,373.36** | **4,373.36** |
| ACCOUNT NO.   **0075657471**<br>**State of Maryland**<br>**Dept. of Labor, Licensing & Reg.**<br>**1100 N. Eutaw Street**<br>**Baltimore, MD  21201** | X | J | **State tax lien; 2000-2003** | | | | **13,874.62** | **13,874.62** |

Sheet no. <u>1</u> of <u>1</u> sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤   **$22,247.98**
(Total of this page)

**Total** ➤   **$22,247.98**
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **George Dykes**                                                                      .   Case No. _____

**Debtor**                                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Albert Washington** **759 Washington Boulevard** **Baltimore, MD  21230** | | | repairs to automobile not completed to satisfaction; judgment in default | | | | 4,500.00 |
| ACCOUNT NO. **Artic Refrigeration** **4930 Little Court** **Ellicott City, MD  21043** | | | arrears lease | | | | 5,000.00 |
| ACCOUNT NO. **Dr. Mary Jenkins** **c/o New Hope Bible College** **2720 W. North Avenue** **Baltilmore, MD  21216** | | | security deposit | | | | 500.00 |
| ACCOUNT NO. **Howard Friedland** **240 Hollins Street** **Baltimore, MD  21223** | X | J | 145 McPhail Street; repossessed property | | | | 80,000.00 |
| ACCOUNT NO. **Our Lady of Victory** **4416 Wilkens Avenue** **Baltimore, MD  21229** | | C | Whitney Jones, granddaughter; school | | | | 2,082.60 |

<u>1</u>   Continuation sheets attached

Subtotal   ➤   

Total   ➤   **$92,082.60**

Form B6F - Cont.
(12/03)

In re  **George Dykes**                                                                      .    Case No.
                          Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Up-to-Date Laundry, Inc. and Trust U/W William S. Stair, Sr. 1221 Desoto Road Baltimore, MD  21223** | | | arrears rent; judgment | | | | **9,227.85** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   | **$9,227.85** |
(Total of this page)

Total ➤   | **$101,310.45** |
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **George Dykes**                                                                    ,         **Case No.**  _____
                        Debtor                                                                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Joel Moskowitz**<br>**5236 Jefferson Pike**<br>**Frederick, MD  21703** | **residential lease; 410 Church Street, New Windsor, MD** |

B6H
(6/90)

In re: __George Dykes_____ .   Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elsie Dykes**<br>**808 Suburbian Road**<br>**Reisterstown, MD  21136** | **Harbor Bank**<br>**25 W. Fayette Street**<br>**Baltimore, MD  21201** |
| **Elsie Dykes**<br>**808 Suburbian Road**<br>**Reisterstown, MD  21136** | **Howard Friedland**<br>**240 Hollins Street**<br>**Baltimore, MD  21223** |
| **Elsie Dykes**<br>**808 Suburbian Road**<br>**Reisterstown, MD  21136** | **IRS**<br>**Special Procedures Branch**<br>**31 Hopkins Plaza**<br>**Baltimore, MD  21201** |
| **Elsie Dykes**<br>**808 Suburbian Road**<br>**Reisterstown, MD  21136** | **State of Maryland**<br>**Dept. of Labor, Licensing & Reg.**<br>**1100 N. Eutaw Street**<br>**Baltimore, MD  21201** |
| **Elsie Dykes**<br>**808 Suburbian Drive**<br>**Reisterstown, MD  21136** | **Option One**<br>**c/o Bierman, Geesing & Ward, LLC**<br>**Air Rights Center**<br>**Suite 315, East Tower**<br>**Bethesda, MD  20814** |

Form B6I
(12/03)

In re __George Dykes_____ , Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Debtor's Age:<br>Spouse's Age: | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **owner/operator** | |
| Name of Employer | **Franklintown Metal & Cores** | |
| How long employed | **17 years** | |
| Address of Employer | **808 Suburban Road**<br>**Reisterstown, MD  21136** | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | **7,000.00** | $ | |
| Estimated monthly overtime | $ | **0.00** | $ | |
| SUBTOTAL | $ | **7,000.00** | $ | |
|     LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **2,400.00** | $ | |
|     b. Insurance | $ | **0.00** | $ | |
|     c. Union dues | $ | **0.00** | $ | |
|     d. Other (Specify) | $ | **0.00** | $ | |
|  SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,400.00** | $ | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,600.00** | $ | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | |
| Income from real property | $ | **950.00** | $ | |
| Interest and dividends | $ | **0.00** | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | |
| Pension or retirement income | $ | **0.00** | $ | |
| Other monthly income (Specify) | $ | **0.00** | $ | |
| TOTAL MONTHLY INCOME | $ | **5,550.00** | $ | |

TOTAL COMBINED MONTHLY INCOME _____ **$ 5,550.00** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **NONE**

Form B6J
(6/90)

In re  **George Dykes**                                      ,   Case No.
         Debtor                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
     schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,250.00 |
| Are real estate taxes included?   Yes ✓   No | | |
| Is property insurance included?   Yes ✓   No | | |
| Utilities    Electricity and heating fuel | $ | 100.00 |
| Water and sewer | $ | 25.00 |
| Telephone | $ | 160.00 |
| Other   **Cable TV** | $ | 60.00 |
| **Oil** | $ | 150.00 |
| Home maintenance (repairs and upkeep) | $ | 80.00 |
| Food | $ | 525.00 |
| Clothing | $ | 75.00 |
| Laundry and dry cleaning | $ | 30.00 |
| Medical and dental expenses | $ | 125.00 |
| Transportation (not including car payments) | $ | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 100.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 360.73 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **allowance** | $ | 80.00 |
| **school books** | $ | 10.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)        | $ | 4,650.73 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 5,550.00 |
| B. Total projected monthly expenses | $ | 4,650.73 |
| C. Excess income (A minus B) | $ | 899.27 |
| D. Total amount to be paid into plan each          **Monthly** | $ | 899.27 |
|                                                                  (interval) | | |

Official Form 6 - Cont .
(12/03)

In re: **George Dykes** _____.    Case No. _____
         **Debtor**                                                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**14**_____

                                                                                   (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **9/1/2004** _____           Signature: **/s/ George Dykes** _____
                                                     **George Dykes**

                          [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_____

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Albert Washington
759 Washington Boulevard
Baltimore, MD  21230

Artic Refrigeration
4930 Little Court
Ellicott City, MD  21043

Capital One
PO Box 26030
Richmond VA  23260-6030

Up-to-Date Laundry, Inc. and
Trust U/W William S. Stair, Sr.
1221 Desoto Road
Baltimore, MD  21223

Easy Financing Corporation
PO Box 793
Owings Mills, MD  21117

Elsie Dykes
808 Suburbian Road
Reisterstown, MD  21136

Elsie Dykes
808 Suburbian Drive
Reisterstown, MD  21136

Harbor Bank
25 W. Fayette Street
Baltimore, MD  21201

Howard Friedland
240 Hollins Street
Baltimore, MD  21223

```
IRS
Special Procedures Branch
31 Hopkins Plaza
Baltimore, MD  21201
```

```
Dr. Mary Jenkins
c/o New Hope Bible College
2720 W. North Avenue
Baltilmore, MD  21216
```

```
Option One
c/o Bierman, Geesing & Ward, LLC
Air Rights Center
Suite 315, East Tower
Bethesda, MD  20814
```

```
Our Lady of Victory
4416 Wilkens Avenue
Baltimore, MD  21229
```

```
State of Maryland
Dept. of Labor, Licensing & Reg.
1100 N. Eutaw Street
Baltimore, MD  21201
```

## UNITED STATES BANKRUPTCY COURT

### District of Maryland

In re:  **George Dykes**

**3660**

Case No. _____

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **2** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **9/1/2004** _____

Signed:  **/s/ George Dykes** _____

**George Dykes**

Signed:  **/s/ Frederick L. Bierer** _____

**Frederick L. Bierer**

Bar No.    **26033**