FORM B6A
(6/90)

**In re:** **George Dykes**                         ,    **Case No.**   **04-30390**
            **Debtor**                                                       **(If known)**

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **105-111 McPhail**<br>**127 McPhail**<br>**129 McPhail**<br>**131 McPhail**<br>**133 McPhail**<br>**135 McPhail**<br>**137 McPhail**<br>**139-141 McPhail**<br>**143-145 McPhail**<br>**118 S. Calverton**<br>**120-122 S. Calverton**<br>**124-126 S. Calverton**<br><br>**FMV unknown** | | | $ 0.00 | $ 0.00 |
| **1808 Suburbian Road**<br><br>**FMV**           135,000.00<br>**1st mortgage**   134.909.36<br>**IDOT**            57,031.95<br>**cost of sale**    10,000.00<br>**equity**               0.00 | **Tenants by the Entireties** | J | $ 135,000.00 | $ 191,941.31 |
| | | Total ➤ | $ 135,000.00 | |

(Report also on Summary of Schedules.)